

UNITED STATES DISTRICT COURT
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**          312-435-5670
**Clerk**

California Northern District Court

California Northern District Court
Internal Box 36060
San Francisco, CA

Re:   Reninger v. Facebook, Inc.

USDC Case Number:   1:18-cv-04332

MDL Number:   2843

Dear Clerk:

Enclosed is the certified record that is being transferred to your court pursuant to an order entered by the MDL Judicial Panel on 7/5/2018**:**

☒  Was electronically transmitted to: USDC Northern District of California

☐  Paper documents sent via certified mail:

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

                Sincerely.
                Thomas G. Bruton, Clerk

                By:   /s/ J. Koselke
                         Deputy Clerk

Enclosures

**New Case No.** _____          **Date** _____

cc:   Non-ECF Attorneys and Pro se Parties

Rev. 11/10/2016