MASON,MIDP,TERMED

# United States District Court
# Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:18–cv–04332

Reninger v. Facebook, Inc.                                    Date Filed: 06/21/2018
Assigned to: Honorable John Z. Lee                           Date Terminated: 07/06/2018
Demand: $75,000                                              Jury Demand: Plaintiff
Cause: 28:1332 Diversity–Fraud                               Nature of Suit: 360 P.I.: Other
                                                             Jurisdiction: Diversity

**Plaintiff**

**Danielle Reninger**                    represented by  **Todd A. Smith**
                                                         Powers, Rogers & Smith
                                                         70 West Madison Street
                                                         Suite 5500
                                                         Chicago, IL 60602
                                                         (312) 236–9381
                                                         Email: tsmith@prslaw.com
                                                         *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Facebook, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/21/2018 | Ï1 | COMPLAINT filed by Danielle Reninger; Jury Demand. Filing fee $ 400, receipt number 0752–14619117.(Smith, Todd) (Entered: 06/21/2018) |
| 06/21/2018 | Ï2 | CIVIL Cover Sheet (Smith, Todd) (Entered: 06/21/2018) |
| 06/22/2018 | Ï | CASE ASSIGNED to the Honorable John Z. Lee. Designated as Magistrate Judge the Honorable Michael T. Mason. (ec, ) (Entered: 06/22/2018) |
| 06/22/2018 | Ï | SUMMONS Issued as to Defendant Facebook, Inc. (ec, ) (Entered: 06/22/2018) |
| 06/22/2018 | Ï3 | NOTICE TO THE PARTIES – The Court is participating in the Mandatory Initial Discovery Pilot (MIDP). The key features and deadlines are set forth in this Notice which includes a link to the (MIDP) Standing Order and a Checklist for use by the parties. In cases subject to the pilot, all parties must respond to the mandatory initial discovery requests set forth in the Standing Order before initiating any further discovery in this case. Please note: The discovery obligations in the Standing Order supersede the disclosures required by Rule 26(a)(1). Any party seeking affirmative relief must serve a copy of the following documents (Notice of Mandatory Initial Discovery and the Standing Order) on each new party when the Complaint, Counterclaim, Crossclaim, or Third–Party Complaint is served. (lf, ) (Entered: 06/22/2018) |
| 06/29/2018 | Ï4 | MINUTE entry before the Honorable John Z. Lee:Initial status hearing set for 8/30/18 at 9:00 a.m. Judge Lee participates in the Mandatory Initial Discovery Pilot Project ("Project"). The Project applies to all cases filed on or after June 1, 2017, excluding the following: (1) cases exempted by Rule 26(a)(1)(B), (2) actions brought by a person in the custody of the United States, a state, or a |

| | | |
|---|---|---|
| | | state subdivision, regardless of whether an attorney is recruited, (3) actions under the Private Securities Litigation Reform Act, (4) patent cases governed by the Local Patent Rules, and (5) cases transferred for consolidated administration in the District by the Judicial Panel on Multidistrict Litigation ("Exempt Cases").For all cases to which the Project applies, Judge Lee requires (1) each attorney appearing on behalf of Plaintiff(s) to file a "Certification by Attorney Regarding Discovery Obligations Under Mandatory Initial Discovery Pilot Project" form within 28 days after the filing of the Complaint and (2) each attorney appearing on behalf of Defendant(s) to file the certification form with the Answer. The parties are directed to file a joint initial status report four business days prior to the initial status hearing. The certification form and initial status report requirements are set forth in Judge Lee's standing order regarding the "Mandatory Initial Discovery Pilot Project" available on the Courts website. For all Exempt Cases, the parties are directed to file a joint initial status report four business days prior to the initial status hearing in accordance with the standing order governing "Initial Status Report in Cases Exempt from the Mandatory Initial Discovery Pilot Project" also available on the Court's website. Mailed notice (ca, ) (Entered: 06/29/2018) |
| 07/06/2018 | Ï 5 | CONDITIONAL TRANSFER ORDER from MDL Panel transferring case to the Northern District of California. (jk, ) (Entered: 07/06/2018) |
| 07/06/2018 | Ï | Civil Case Terminated pursuant to MDL 2843 Conditional Transfer Order filed 7/6/2018 5 . (jk, ) Modified on 7/6/2018 (jk, ). (Entered: 07/06/2018) |
| 07/06/2018 | Ï 6 | TRANSFERRED to the USDC Northern District of California, San Francisco the electronic record. (jk, ) (Entered: 07/06/2018) |